Steven ABBOTT, Appellant,

v.

STATE of Missouri, Respondent.

No. WD32641.

Missouri Court of Appeals,
Western District.

March 9, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
May 4, 1982.

Charles W. Gotschall, Kansas City, for
appellant.

John Ashcroft, Atty. Gen., Jefferson City,
John C. Reed, Asst. Atty. Gen., for respondent.

Before SOMERVILLE, C. J., and SHANGLER and WASSERSTROM, JJ.

PER CURIAM:

ORDER

Appeal from denial of motion under Rule
27.26.

Judgment affirmed. Rule 84.16(b).

Charles MOUNTJOY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 32859.

Missouri Court of Appeals,
Western District.

March 9, 1982.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled and Denied
May 4, 1982.

H. William McIntosh, Kansas City, for
appellant.

John Ashcroft, Atty. Gen. and Theodore
A. Bruce, Asst. Atty. Gen., Jefferson City,
for respondent.

Before CLARK, P. J., and MANFORD
and KENNEDY, JJ.

ORDER

PER CURIAM:

Appeal from a denial, after evidentiary
hearing, of a motion for post-conviction relief under Rule 27.26.

Judgment affirmed. Rule 84.16(b).